IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA PATTERSON, | |
| Plaintiff, | Case No. 16-cv-06925 |
| v. | Judge Thomas M. Durkin |
| CREATIVE LITTLE ONES PRE-SCHOOL INC., and AUDY SEJOUR, individually, | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Agreement between the parties, Samantha Patterson, by and through her undersigned counsel, and Defendants Creative Little Ones Pre-School, Inc. and Audy Sejour, individually, by and through their undersigned counsel, stipulate and agree to dismiss this action in its entirety, with prejudice, and without assessment of fees or costs.

Dated: October 21, 2016                                                      Respectfully submitted,

/s/ Madeline K. Engel                                                        /s/ Sean C. Herring*
One of the attorneys for Plaintiff                                   One of the attorneys for Defendants

Alejandro Caffarelli                                                         Sean C. Herring
Madeline K. Engel                                                          Jackson Lewis P.C.
Caffarelli & Associates Ltd.                                            150 North Michigan Ave, Suite 2500
224 South Michigan Avenue, Ste. 300                          Chicago, Illinois 60601
Chicago, Illinois 60604                                                  Telephone: (312) 787-4949
Telephone: (312) 763-6880

- With permission